UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. METYK, *et al.*, | ) | Case No. 1:10 CV 2112 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | JUDGMENT |
| KEYCORP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion of this Court, Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF #29) is granted. This action is terminated.

IT IS SO ORDERED.

                                                                                                  */S/Donald C. Nugent*
                                                                        DONALD C. NUGENT
                                                                        UNITED STATES DISTRICT JUDGE

DATED: <u>January 28, 2013</u>